# United States District Court
## District of Maryland

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | 06 - 036M-01 |
| Quintin A. Bell | FILED Case No. AW-02-008 |
| | FEB 0 1 2006 |
| TO: The United States Marshal and any Authorized United States Officer | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

RECEIVED U.S. MARSHAL BALTIMORE MD

YOU ARE HEREBY COMMANDED to arrest <u>Quintin A. Bell</u> and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☒ Supv. Rls. Violation Petition

charging him/her with *(brief description of offense)*

ALLEGED VIOLATIONS OF TERM OF SUPERVISED RELEASE
(SEE ATTACHED)

RECEIVED U.S. MARSHAL GREENBELT, MD JAN 30  1 11 PM '06

in violation of Title United States Code, Section(s) _____

| Felicia C. Cannon | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* (By) Deputy Clerk | January 30, 2006     Greenbelt, Maryland |
| | Date and Location |
| Bail fixed at $ No Recommendation | by Alexander Williams, Jr., United States District Judge |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | 1/30/2006 | Name and Title of ~~Arresting~~ Reporting Officer | Signature of ~~Arresting~~ Reporting Officer |
|---|---|---|---|
| Date of Arrest | 2/01/2006 | Fitzgerald, Derrick | *[signature]* |

U.S. DISTRICT COURT (Rev. 12/98)