# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

Quintin A. Bell

TO: The United States Marshal and any Authorized United States Officer

**WARRANT FOR ARREST**

06- 036M-01

FILED Case No. AW-02-008

FEB 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
U.S. MARSHAL
BALTIMORE MD

YOU ARE HEREBY COMMANDED to arrest Quintin A. Bell and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☒ Supv. Rls. Violation Petition

charging him/her with (brief description of offense)

ALLEGED VIOLATIONS OF TERM OF SUPERVISED RELEASE
(SEE ATTACHED)

RECEIVED
U.S. MARSHAL
GREENBELT, MD
JAN 30  11 PM '06

in violation of Title United States Code, Section(s) _____

| Felicia C. Cannon | Clerk, United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] (By) Deputy Clerk | January 30, 2006    Greenbelt, Maryland |
| | Date and Location |

Bail fixed at $ No Recommendation                 by Alexander Williams, Jr., United States District Judge
                                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | 1/30/2006 | Name and Title of Arresting Officer (Reporting) Fitzgerald, Derrick | Signature of Arresting Officer (Reporting) [signature] |
| Date of Arrest | 2/01/2006 | | |

U.S. DISTRICT COURT (Rev. 12/98)

for the
DISTRICT OF MARYLAND

FEB 2 4 2003

U.S.A. vs. Quintin A. Bell             Docket No.: CR-02-08 (MD)

Petition on Supervised Release

COMES NOW Leticia Trevino PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Quintin A. Bell** who was placed on supervision for by the Honorable D. Brooks Smith, sitting in the court at the Western District of Pennsylvania, on the 6th day of November, 2000 who fixed the period of supervision at **( 15 months incarceration followed by) 3 years** and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

1. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
2. Special Assessment of $100
3. The defendant shall not possess a firearm or destructive device.

NOTE: Transfer of Jurisdiction from the Western District of Pennsylvania to Maryland has been completed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(if short state here; if lengthy write on separate sheet and attach)

WHEREAS:   01/31/2003, Mr. Bell was rearrested and charged with Distribution of Cocaine While Armed, In violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime;

WHEREAS:   01/31/2003, Mr. Bell was rearrested and charged with Distribution of Cocaine While Armed. In violation of the Statutory Condition which states that the defendant shall not illegally possess a controlled substance; and

WHEREAS:   01/31/2003, Mr. Bell was rearrested and charged with Distribution of Cocaine While Armed, In violation of the Statutory Condition which states that the defendant shall not possess a firearm or destructive device.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Quintin A. Bell for alleged violations of term of supervised release.

ORDER OF COURT
Considered and ordered as prayed this 24th day of February, 2003 and ordered filed and made a part of the records in the above case.

Alexander Williams, Jr.
District Court Judge

Respectfully,

Leticia Trevino, Senior U.S. Probation Officer

Place   Greenbelt, Maryland

Date    February 11, 2003