**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 2/7/06

FILED
FEB 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Nancy Mayer-Whittington*
*Clerk of the Court*

FILED / ENTERED
LODGED / RECEIVED

FEB - 9 2006

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Address of Other Court: United States Courthouse
6500 Cherrywood Lane- Second Floor
Greenbelt, Md. 20770

RE: Quintin A. Bell 06MJ36

Dear Clerk of the Court:

  Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Sup Rel Viol Pet | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter & Order dated 2/2/06, Blotter dated 2/1/06 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
    Deputy Clerk

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
   Deputy Clerk